UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IDA JOHNSON,   )   | |
|   ) | |
| Plaintiff,   ) | |
|   ) | CIVIL ACTION NO. |
| VS.   ) | |
|   ) | 3:09-CV-1374-G |
| MICHAEL J. ASTRUE, Commission of   ) | |
| Social Security,   ) | **ECF** |
|   ) | |
| Defendant.   ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

April 23, 2010.

*(signature)*

**A. JOE FISH**
**Senior United States District Judge**